UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY HATTEN,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of
Social Security,

       Defendant.
       _____/

Case No. 06-13339

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [13]**

       This matter comes before the Court on the Magistrate Judge's December 6, 2006 Report and Recommendation [13].  Being fully advised in the premises and having reviewed the record and the pleadings, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

       The Commissioner's final decision is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings and a new decision consistent with the Defendant's motion to reverse and remand.

       SO ORDERED.

       s/Nancy G. Edmunds
       Nancy G. Edmunds
       United States District Judge

Dated:  December 19, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 19, 2006, by electronic and/or ordinary mail.

                                s/Carol A. Hemeyer
                                Case Manager